**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Leslie JARAMILLO, Defendant—**
**Appellant.**

**No. 06–10487.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 9, 2007.*

Filed July 16, 2007.

Thomas C. Muehleck, Office of the U.S. Attorney, Mark A. Inciong, Esq., Honolulu, HI, for Plaintiff–Appellee.

Joseph R. Mottl, III, Esq., Attorney at Law, Honolulu, HI, for Defendant–Appellant.

Before: LEAVY, THOMAS and BERZON, Circuit Judges.

MEMORANDUM **

Leslie Jaramillo appeals from her guilty-plea conviction and 120–month sentence imposed for conspiracy to distribute and possess with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Jaramillo's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

We have conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). We affirm the conviction. We dismiss the appeal of the sentence in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is granted.

The conviction is **AFFIRMED;** The appeal of the sentence is **DISMISSED.**

---

ed by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.